UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-cr-312-pp |
| Plaintiff, | |
| v. | |
| WILLIAM COSTELLO, | |
| Defendant. | |

**ORDER DIRECTING THE UNITED STATES PROBATION OFFICE TO PROPOSE REVISED CONDITIONS OF SUPERVISED RELEASE**

On July 22, 2016, the defendant filed a motion. Dkt. No. 33. The motion indicates that he was sentenced in 2008, prior to the series of Seventh Circuit decisions requiring that district court judges must tailor the terms of a defendant's supervised release to his particular circumstances. Id. at 1 (citing United States v. Thompson, 777 F.3d 368 (7th Cir. 2015). The defendant argues that many of the conditions the court imposed at his 2008 sentencing now have become outdated, and in some cases, the conditions violate the current state of Seventh Circuit law. The defendant has completed his prison time, and now is in a halfway house until the time comes for him to be released. Dkt. No. 33 at 1. For this reason, he asks the court to review, and revise, the conditions of his supervised release, to bring them into line with the current state of the law and with his circumstances as they exist eight years after his sentencing.

1

As a first step, the defendant asks the court to direct the United States Probation Office to review the defendant's file, and to propose a revised set of conditions which comports with current law. This request is a reasonable one, and the court grants it in this order. The defendant asks that, once the probation office has provided the proposed revised conditions, the court schedule a hearing so that the parties may discuss them. The court will grant that request after the probation office has provided the revised conditions.

The court **ORDERS** that, no later than **August 31, 2016**, the United States Probation Office review defendant William Costello's file in this case, and propose a set of revised conditions of supervised release. The court further **ORDERS** that the probation office file a copy of the proposed conditions on the docket by the August 31, 2016 deadline.

Dated in Milwaukee, Wisconsin this 1st day of August, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge